Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HARTZELL,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; RC WILLEY HOME FURNISHINGS; AND TOYOTA MOTOR CREDIT CORP.,<br><br>    Defendants. | Case No.: 2:17-cv-01494-MMD-VCF<br><br>**STIPULATION OF DISMISSAL OF RC WILLEY HOME FURNISHINGS WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant RC Willey Home Furnishings, from the above captioned action, with prejudice. Each party will bear its own fees and costs

IT IS SO STIPULATED.

Stipulation of Dismissal of RC Willey Home Furnishings With Prejudice - 1

Dated this 12th day of December, 2017.

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br> <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br> <br> *Counsel for Plaintiff* | /s/ *Michael D. Rawlins* <br> Michael D. Rawlins, Esq. <br> DURHAM JONES & PINEGAR, P.C. <br> 10785 West Twain Avenue, Suite 200 <br> Las Vegas, NV 89135 <br> Email: mrawlins@djplaw.com <br> <br> *Counsel for Defendant* <br> *RC Willey Home Furnishings* |
| /s/ *Jennifer L. Braster* <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> NAYLOR & BRASTER <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@nblawnv.com <br> Email: asharples@nblawnv.com <br> <br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 12th day of December 2017.

Stipulation of Dismissal of RC Willey Home Furnishings With Prejudice - 2